1  **CHARLES WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street
   Oakland, California 94607
3  Tel. (510) 302-8780
   Fax. (510) 228-0444
4  cwoodson@cjswlaw.com

5
   Counsel for Defendant
6  **DAMIEN THOMAS**

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| | |
|---|---|
| 12  **UNITED STATES OF AMERICA**, | No. 15-cr-00450-YGR-1 |
| 13           Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S STATUS CONFERENCE REGARDING VIOLATION OF SUPERVISED RELEASE CONDITIONS (FORM 12) SET FOR MARCH 16, 2023 TO MAY 4, 2023** |
| 14       v. | |
| 15 | |
| 16  **DAMIEN THOMAS**, | |
| 17           Defendant. | |
| 18 | |

19     **IT IS HEREBY STIPULATED** by the parties that the presently scheduled status

20 conference regarding the U.S. Probation's Petition ("Form 12") alleging defendant Damien

21 Thomas violated the terms of his supervised release scheduled for March 16, 2023 be continued to

22 11:00 a.m. on May 4, 2023. Dkt. 52. The parties have conferred with Probation who has no

23 objection to continuing the status conference on the Form 12.

24     Since the filing of the Form 12, Mr. Thomas has remained out of custody and, according to

25 probation, has been in compliance with the release conditions imposed on November 8, 2022. *See*

26 Dkt. 46. According to Mr. Thomas' U.S. Probation Officer, Officer Gina Wickersheim, Mr.

27 Thomas has not had any positive drug tests and he has been in compliance with his mental health

28

counseling sessions. Mr. Thomas has been in compliance with the location monitoring condition of release and he is responsive to Officer Wichersheim's requests.

As previously reported, Mr. Thomas is facing criminal charges in Alameda County regarding the allegations concerning Count One of the Form 12. *See People of the State of California v. Damien Thomas*, 22-cr-011618. Mr. Thomas has appeared on his state case and his next pretrial hearing is on April 26, 2023.

**IT IS SO STIPULATED**.

Dated: March 14, 2023                              s/ *Charles Woodson*
                                                   CHARLES WOODSON
                                                   Counsel for Defendant
                                                   DAMIEN THOMAS


Dated: March 14, 2023                              s/ *CW per email authorization*
                                                   MAUREEN BESSETT
                                                   Assistant U.S. Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the Status Conference scheduled for 2:00 p.m. on March 16, 2023 to 11:00 a.m. on May 4, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: March 14, 2023

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE